## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

**CARL P. ASHWORTH**                                                                 **PLAINTIFF**

v.                                    Case No. 5:13-5132

**NURSE RHONDA BRADLEY,**
**Washington County Detention Center;**
**and DR. HOWARD, Washington**
**County Detention Center**                                                          **DEFENDANTS**

### ORDER

Comes on for consideration the Report and Recommendation (Doc. 26) filed in this case on July 31, 2014, by the Honorable James R. Marschewski, Chief United States Magistrate for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Plaintiff's Motion to Amend (Doc. 23) is **GRANTED** and Defendants' Motion to Dismiss (Doc. 13) is **DENIED AS MOOT**.

IT IS SO ORDERED this 21st day of August, 2014.

Timothy L. Brooks
United States District Judge