IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CARL P. ASHWORTH                                                     PLAINTIFF

V.                      CASE NO.: 5:13-CV-5132

NURSE RHONDA BRADLEY, Washington
County Detention Center; and DR. HOWARD,
Washington County Detention Center                          DEFENDANTS

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 55) filed in this case on November 9, 2015, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Defendants' Motion for Summary Judgment (Doc. 47) is **GRANTED** and Plaintiff's Complaint (Doc. 1) is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED** on this 14th day of January, 2016.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE